**ROANNE L. MANN**  **DATE:** January 3, 2023
**UNITED STATES MAGISTRATE JUDGE**  **START:** 11:45 a.m.
  **END:** 12:05 p.m.

**DOCKET NO:** 21-cv-6342 (RLM)

**CASE** Navarro et al v. Adamba Imports International, Inc.

☐ INITIAL CONFERENCE                X  OTHER/*CHEEKS* HEARING
☐ DISCOVERY CONFERENCE          ☐ FINAL/PRETRIAL CONFERENCE
☐ SETTLEMENT CONFERENCE        X  TELEPHONE CONFERENCE
☐ MOTION HEARING                       ☐ INFANT COMPROMISE HEARING

| **PLAINTIFF** | **ATTORNEY** |
|---|---|
|  | Michael R. Minkoff |

| **DEFENDANT** | **ATTORNEY** |
|---|---|
|  | Danielle Elizabeth Mietus |

☐  **FACT DISCOVERY TO BE COMPLETED BY**
☐  **SETTLEMENT CONFERENCE SCHEDULED FOR** _____
☐  **JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY** _____
☐  **PL. TO SERVE DEF. BY:**_____**DEF. TO SERVE PL. BY:**_____

**RULINGS:  PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court conducts a telephonic *Cheeks* hearing. For the reasons stated on the record, this Court concludes that the settlement is fair and reasonable and was reached as a result of arms-length negotiations between the parties, with the assistance of this Court. The [33] motion for settlement approval is granted, subject to the following modifications.  By January 4, 2023, the parties must submit a copy of the settlement agreement executed by plaintiff Juan Rosas, who was unable to sign the agreement due to technical difficulties.  By January 5, 2023, defendants must submit a separate document agreeing to expand section 7 of the Settlement Agreement to include a mutual non-disparagement provision.  In addition, the Court declines to retain jurisdiction to enforce the settlement agreement, and strikes that portion of Section 2 of the Settlement Agreement that suggests otherwise.  Rather, with the consent of the parties, the dismissal of the action will be with the right to reopen within 30 days, if the settlement is not consummated.  Further, the Court will so-order [32] the Stipulation of Dismissal as to plaintiff Misael Acateco Balderas, whose claims are time barred.